**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RYAN DELL and JIRANDY LAHITTE,
individually and on behalf of all others
similarly situated,

Plaintiff,

v. CASE NO. 8:25-cv-03329-WFJ-CPT

PARKING REVENUE RECOVERY SERVICES, INC.,
and ASURA TECHNOLOGIES USA, INC.

Defendants. /

**DECLARATION OF MICHAEL DROW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Michael J. Drow, hereby declare as follows:

1. The matters set forth in this Declaration are based on my personal knowledge and review of Defendants Parking Revenue Recovery Services, Inc. and Asura Technologies USA, Inc.'s (collectively, the "Defendants") business records. I submit this declaration in support of Defendants' Motion to Compel Arbitration and Stay Proceedings.

2. I am the Chief Executive Officer of Defendants Parking Revenue Recovery Services, Inc. ("PRRS") and Asura Technologies USA, Inc. ("Asura"). I have been Chief Executive Officer of PRRS and Asura since February 2022.

3. The parking lots monitored for compliance by PRRS at 300 Avenue E, San Antonio, Texas (the "San Antonio Lot") and at 5975 Sunset Drive, Miami, Florida (the "Miami Garage") contain several signs posted by Defendants, including at the entrances and exits to the San Antonio Lot and Miami Garage.

4. Attached hereto as **Exhibit 1** are true and correct images of signs posted at the San Antonio Lot. The images were captured by PRRS in January and June 2023. According to PRRS's business records, the photographed signs remain at the San Antonio Lot today.

5. Attached hereto as **Exhibit 2** are true and correct images of signs posted at the Miami Garage. The images were captured by PRRS in October 2025. According to PRRS's business records, the photographed signs remain at the Miami Garage today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2026.

***/s/ Michael J. Drow***
Michael J. Drow

# EXHIBIT 1


NO FREE PARKING ANY TIME
You must pay for parking within 10 minutes of entering this Facility.
PARKING COMPLIANCE
This Facility's rules and use limitations are strictly enforced by Parking Revenue Recovery Services, Inc. This Facility may be monitored by License Plate Recognition technology to ensure compliance with the rules. Vehicles failing to comply with Facility rules will be charged additional parking fees up to $250.00 per violation and may be subject to towing or booting, to the extent permitted by law. Unpaid parking fees will be assigned for collection to a debt collector.
ARBITRATION
By parking on this Facility, you hereby agree that the sole remedy for an unresolved dispute is binding arbitration and specifically waive the right to a jury trial, class action and/or class arbitration.
SCAN FOR PRIVACY POLICY
877-302-7275


NO FREE PARKING ANY TIME
You must pay for parking within 10 minutes of entering this Facility.
PARKING COMPLIANCE
This Facility's rules and use limitations are strictly enforced by Parking Revenue Recovery Services, Inc. This Facility may be monitored by License Plate Recognition technology to ensure compliance with the rules. Vehicles failing to comply with Facility rules will be charged additional parking fees up to $250.00 per violation and may be subject to towing or booting, to the extent permitted by law. Unpaid parking fees will be assigned for collection to a debt collector.
ARBITRATION
By parking on this Facility, you hereby agree that the sole remedy for an unresolved dispute is binding arbitration and specifically waive the right to a jury trial, class action and/or class arbitration.
SCAN FOR PRIVACY POLICY
PRRS
877-302-7275


TOWING
NO FREE PARKING ANY TIME
PARKING COMPLIANCE
ARBITRATION


NO FREE PARKING ANY TIME
PARKING COMPLIANCE
ARBITRATION

# EXHIBIT 2


FACILITY USE CONTRACT
WELCOME TO SUNSET STATION PLAZA
VISITOR PARKING ON 6th LEVEL
Up to 1 Hour
Up to 2 Hour
Up to 3 Hour
Max Daily Rate
Lost Ticket
OPEN - 8:30 AM
CLOSED - 8:00
This is a automated garage.
No cash accepted for payments.
WARNING
MAGNETIC


FACILITY USE CONTRACT
This Facility is not operated by a Governmental Entity
YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES
NO FREE PARKING AT ANY TIME
PARKING COMPLIANCE
ARBITRATION
DATA PRIVACY
DISPUTE PROCESS
877-302-7275
MAGNETIC


FACILITY USE CONTRACT
This Facility is not operated by a Governmental Entity
YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES
Read these terms PRIOR to parking. By entering and parking on this Facility, you accept all these terms and the Terms and Conditions accessed on the QR code below left. If you do not agree to the Signs, Privacy Policy and the Terms and Conditions, you may not use this private parking Facility and should exit this Facility immediately.
NO FREE PARKING AT ANY TIME
This Facility has a 15 Minute Grace Period from the time you entered to comply with the posted rules.
PARKING COMPLIANCE
This Facility's rules and use limitations are strictly enforced by Parking Revenue Recovery Services, Inc. This Facility may be monitored by video analytics and/or license plate recognition technology to ensure compliance with the Facility's rules for use. Vehicles failing to comply with the Facility's use rules will be assessed a Non-Compliance Fee of $120.00 per Non-Compliant Use to recover costs to manage compliance and to identify violators and may be subject to towing or booting to the extent permitted by law. Unpaid fees assessed by PRRS will be assigned for collection to a 3rd Party debt collector
ARBITRATION
By parking on this Facility, you hereby agree that the sole remedy for all unresolved disputes is binding arbitration, and specifically waive the right to a jury trial, class action and/or class arbitration.
DATA PRIVACY
By entering this Facility, you agree to PRRS's Privacy Policy accessed via the QR code below right and acknowledge that PRRS is collecting and processing your personal information. You also grant permission and consent to PRRS to collect and process information about the vehicle you are driving to confirm your registration as a user of this Facility.
DISPUTE PROCESS
To dispute a Notice of Non-Compliance that you've received either in the mail or on your windshield, go to Disputes@prrsparking.com within 15 days of receiving the Notice and submit your dispute. Include all necessary information to support your dispute. PRRS will provide a decision within 5 business days of receipt of your dispute. If you are not satisfied with PRRS's decision, within 10 days you may appeal PRRS's decision to a 3rd party adjudicator.
PRRS's Privacy Policy and Terms and Conditions are available at:
https://parkingprrs.com/termsandcond
Scan for Terms and Conditions
https://parkingprrs.com/privacyPolicy.html
Scan for Privacy Policy
877-302-7275
disputes@prrsparking.com
PRRS


FACILITY USE CONTRACT
This Facility is not operated by a Governmental Entity
YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES
NO FREE PARKING AT ANY TIME
PARKING COMPLIANCE
ARBITRATION
DATA PRIVACY
DISPUTE PROCESS
877-302-7275
CREDIT CARD ONLY
LAZ
FOR ASSISTANCE PLEASE PRESS HELP BUTTON
THANK YOU FOR VISITING
CREDIT CARDS
PLEASE SCAN TICKET
Scan Barcode HERE
FlashParking


CLEARANCE 6'8"
FACILITY USE CONTRACT
This Facility is not operated by a Governmental Entity
YOU MUST COMPLY WITH ALL SIGNS AT ALL TIMES
NO FREE PARKING AT ANY TIME
PARKING COMPLIANCE
ARBITRATION
DATA PRIVACY
DISPUTE PROCESS
877-302-7275