**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

RYAN DELL and JIRANDY LAHITTE,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v. CASE NO. 1:26-cv-21266-KMW

PARKING REVENUE RECOVERY SERVICES, INC.,
and ASURA TECHNOLOGIES USA, INC.

Defendants.
_______________________________________/

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants[1], PRRS and Asura, by and through their undersigned counsel and pursuant to Local Rule 7.8, hereby submit this Notice of Supplemental Authority regarding Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. 10, hereafter "Motion").

Defendants identify the following supplemental authority in support of their Motion: *Montiel v. Parking Revenue Recovery Services, Inc.*, Case No. 1:25-cv-01771, Dkt. 36 (D. Colo. Apr. 14, 2026), attached hereto as **Exhibit 1**. The *Montiel* decision granted Defendant PRRS's motion to compel arbitration, based on the contract contained on signs located in parking facilities. The terms of the contracts in *Montiel* are substantially the same as the contracts at-issue in this case, including the arbitration provision. The *Montiel* court rejected similar sign placement arguments raised by Plaintiffs in this case. *See* Exhibit 1 at p. 20. The *Montiel* court also rejected plaintiff's unconscionability arguments, similar to those raised by Plaintiffs in the instant case. *See* Exhibit 1 at p. 21.

DATED this 20th day of April, 2026.

Respectfully submitted,

*/s/ Angelique K. Howard*

Angelique K. Howard
Florida Bar No. 1050723
akhoward@foley.com
robyn.riddell@foley.com
Foley & Lardner LLP
1 Independent Dr.
Suite 1300 Jacksonville, FL 32202
Telephone: 904.359.8703
Facsimile: 904.359.8700

[1] Unless otherwise indicated, all capitalized terms used herein have the meanings ascribed to them in Defendants' Motion and Plaintiffs' Response.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2026, the foregoing was electronically filed through the e-filing portal, which will provide electronic notice to counsel for Plaintiffs, Charles Garabedian, charles@mfh.law, and Victor Sanabria, victor@mfh.law of Mark, Ferrer, and Hayden.

*s/ Angelique K. Howard*
Angelique K. Howard