**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RYAN DELL and JIRANDY LAHITTE, individually and on behalf of all others similarly situated,

Plaintiffs,

v. CASE NO. 1:26-cv-21266-KMW

PARKING REVENUE RECOVERY SERVICES, INC., and ASURA TECHNOLOGIES USA, INC.,

Defendants.
_____________________________________/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs submit this Response to Defendants' Notice of Supplemental Authority (ECF No. 32), and state:

*Montiel* is materially distinguishable. First, the *Montiel* court's conspicuousness finding rested on photographs showing large, freestanding red signs mounted on poles in drivers' line of sight at entrances and large red signs affixed to pay stations, as well as large red signs posted throughout the lots where pedestrians would encounter them walking after parking. ECF No. 32-1, pp. 3-15. The opposite is true here. At the Miami Garage, (1) PRRS's "offer" sign is mounted on the passenger-side wall at a narrow entrance threshold, where a driver must focus forward to enter safely; (2) the booth-area sign is obstructed; and (3) no PRRS arbitration signage exists inside the garage where pedestrians would encounter it on foot. ECF No. 24, pp. 3-6. As to the San Antonio Lot, PRRS submitted only close-up photographs of sign text — none of the spatial, driver-vantage context the *Montiel* court relied on. *Id.*, p. 9.

Second, *Montiel* did not address the issues raised here, including: lack of consideration and the failure of PRRS's "forbearance" theory under Florida law, the lack of mutuality arguments raised in this case, indefiniteness under *Spicer*, and unconscionability under Florida's two-prong, sliding-scale framework, not the seven-factor Colorado test *Montiel* applied. *Id.*, pp. 10-19.

Dated: April 27, 2026

Respectfully submitted,

**MARK FERRER & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130

By: *s/ Charles M. Garabedian*
Charles M. Garabedian, Esq.
Florida Bar No. 1000974
Victor Sanabria, Esq.
Florida Bar No. 125292
victor@mfh.law
charles@mfh.law
eservice@mfh.law

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on April 27, 2026, which served same electronically upon all counsel of record.

By: *s/ Charles M. Garabedian*